**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

LISA WHITE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE UNITED NETWORK FOR ORGAN SHARING,

Defendant.

Case No. 3:24-cv-00629-RCY

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Lisa White ("Plaintiff") and Defendant The United Network for Organ Sharing ("Defendant"), by and through their respective undersigned counsel, jointly stipulate and agree to the dismissal of Plaintiff's individual claims with prejudice. The claims of putative class members shall be dismissed without prejudice.

*[Rest of Page Intentionally Blank. Signature Page Follows.]*

Dated: April 21, 2026

Respectfully submitted,

*/s/ David Hilton Wise*
David Hilton Wise, VSB No. 30828
Dylan Scout Graham, VSB No. 100051
Robert D. Witte, VSB No. 97294
**WISE LAW FIRM, PLC**
10640 Page Avenue, Suite 320
Fairfax, VA 22030
Tel.: (703) 934-6377
dwise@wiselaw.pro
dgraham@wiselaw.pro
rwitte@wiselaw.pro

Gary E. Mason (*pro hac vice*)
Danielle L. Perry (*pro hac vice*)
Ra O. Amen (*pro hac vice*)
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel.: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
ramen@masonllp.com

*Counsel for Plaintiff*
*Lisa White*

*/s/ Kraig D. Jennett*
Kraig D. Jennett (VSB No. 93246)
**CLARK HILL PLC**
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC 20004
Tel.: (202) 772-0913
Fax: (202) 772-0919
kjennett@clarkhill.com

Mason N. Floyd (*pro hac vice*)
Aimee F. Alvarez (*pro hac vice*)
**CLARK HILL PLC**
130 East Randolph Street, Suite 3900
Chicago, IL 60601
Tel.: (312) 985-5900
Fax: (312) 517-7581
mfloyd@clarkhill.com
aalvarez@clarkhill.com

*Counsel for Defendant*
*The United Network for Organ Sharing*